**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Eric Martin VANBUREN,
Defendant-Appellant.**

No. 17-6897

United States Court of Appeals,
Fourth Circuit.

Submitted: October 19, 2017

Decided: October 24, 2017

Eric Martin Van Buren, Appellant Pro Se. Jean Barrett Hudson, Assistant United States Attorney, Charlottesville, Virginia, for Appellee.

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Martin VanBuren appeals the district court's orders denying his most recent attempts for a sentence reduction. We have reviewed the record and discern no reversible error. Accordingly, we deny VanBuren's self-styled motion for leave to file a Rule (d) motion and affirm the district court's orders. *See United States v. VanBuren*, No. 3:00-cr-00066-NKM-1 (W.D. Va. June 27, 2017 & July 6, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*